

**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF RESOLUTION MANAGEMENT**
**PACIFIC DISTRICT**
**COUNSELOR REPORT**



**CASE NUMBER: 200P-0691-2017103863**
**COUNSELOR NAME: Winter, William**

| Name of Aggrieved Party: | Ms. Marilyn Gladle | | | | |
|---|---|---|---|---|---|
| Home and/or Alternate Address: | | | | | |
| Home Telephone Number: | | | | | |
| Cellular/Mobile Number | | | | | |
| Business Address: | 11301 Wilshire Blvd., Los Angeles, CA 90073 | | | | |
| Business Telephone Number: | N/A | | | | |
| Email Address: | N/A | | | | |
| Position Title/Grade: | N/A | | | | |
| Employee | | Former Employee | X | Applicant | |
| VHA | X | VBA | | NCA | | Canteen | | Other | |
| Title 5 | | Title 38 | | Hybrid T38 | | Full-time | | Part-time | |
| Probationary | | Career | | Career Conditional | | Temporary | | Term | |
| Name of Facility: | VAMC, WEST LOS ANGELES | | | | |
| Address of Facility: | 11301 Wilshire Blvd., Los Angeles, CA 90073 | | | | |
| Facility Telephone Number: | 310-478-3711 | | | | |
| Name of Representative: | N/A | | | | Attorney False |
| Representative's Address: | N/A | | | | |
| Representative's Telephone: | N/A | | | | |

**NOTIFICATION OF PROCEDURAL RIGHTS**

| Initial Contact: | Telephone | | Date: | 06/30/2017 |
|---|---|---|---|---|
| Initial Interview | Telephone | | Date: | 07/07/2017 |
| Rights & Responsibilities/Notices: | Electronic Mail | 06/30/2017 | Rec'd: | 06/30/2017 |
| Notice to Unreachable Aggrieved: | UPS/Cert Mail: | | Rec'd: | N/A |
| Agreed to Waive Anonymity: | YES [X] | NO [] | Date | 07/07/2017 |
| Notification to Facility Director | Electronic Mail | | Date: | 07/18/2017 |
| ADR offered by facility [ ] MOU [ ]: | YES [X] | NO [] | Date: | 06/30/2017 |
| Facility Returned Signed Refusal | YES [] | NO [X] | Date | N/A |
| ADR Agreed to by Aggrieved: | YES [X] | NO [] | Date: | 07/07/2017 |
| Settlement (SA) [] | Withdrawal (WD) []: | | Date: | N/A |
| Notice of Closure (for SA/WD): | Regular Mail: | | Rec'd: | N/A |
| Notice of Right to File: | Certified Mail | 08/30/2017 | Rec'd: | 09/18/2017 |

**EXHIBIT 1-1**

Case Number: 200P-0691-2017103863
Name of Aggrieved Party: Ms. Marilyn Gladle
Name of Facility: VAMC, WEST LOS ANGELES
Date of Initial Contact: 06/30/2017

## RMO/WITNESS INFORMATION

| | |
|---|---|
| Responding Management Official(s): (Name, Title, Telephone Number) | Wandee Khaossarch, Nurse Manager 213-253-2677 x24304 |
| Witness(es) Suggested for Interview by Aggrieved Party (Name, Title, Tele #): | None |
| Witness(es) Suggested for Interview by RMO (Name, Title, Telephone Number): | None |

**Claim - 1:** Termination  **Incident Date:** 05/11/2017  **Bases:** Disability - Physical, Reprisal

| | Yes (date) | No | | Yes (date) | No | If claim is untimely, explain reason for the untimeliness in description of claim below.* |
|---|---|---|---|---|---|---|
| Mixed Case | | X | MSPB Filed | | X | |
| Union Grievance Filed | | X | Is Claim Timely | | X | |
| Administrative Grievance Filed | | | | | X | |
| Have you contacted another EEO Official? | | | Not Reported | | | Jamisa Hoare, Acting EEO Manager |

**Brief Description of Claim:**
Ms. Gladle, the Aggrieved Party (AP) claimed that she was discriminated against based on her disability and prior EEO activity.

May 11, 2017 – AP's termination notice was sustained.

**Counselor's Note:** Ms. Gladle was asked for an explanation for the delay in contacting an EEO Counselor within 45 calendar days of the date of the matter or action believed to be discriminatory. She did not provide an explanation for the delay by the date counseling concluded.

**Resolution Sought:**
AP wants her separation lifted and be allowed to return to duty.

**Management's Response:**
Management not contacted due to requested ADR.

**Informal Documents Requested/Received:**
May 11, 2017 letter from VISN22 Director, Marie Weldon, sustaining AP's termination.

**Claim - 2:** Harassment (Non-Sexual)  **Incident Date:** 05/12/2017, 05/02/2017
**Bases: Disability** - Physical, **Reprisal**

| | Yes (date) | No | | Yes (date) | No | If claim is untimely, explain reason for the untimeliness in description of claim below.* |
|---|---|---|---|---|---|---|
| Mixed Case | | X | MSPB Filed | | X | |
| Union Grievance Filed | | X | Is Claim Timely | | X | |
| Administrative Grievance Filed | | | | | X | |

**EXHIBIT 1-2**

Case Number: 200P-0691-2017103863
Name of Aggrieved Party: Ms. Marilyn Gladle
Name of Facility: VAMC, WEST LOS ANGELES
Date of Initial Contact: 06/30/2017

| Have you contacted another EEO Official? | Not Reported | Jamisa Hoare, Acting EEO Manager |
|---|---|---|

**Brief Description of Claim:**
AP claimed that she was subjected to discriminatory harassment/hostile work environment when she received conflicting notices in the mail at her home from the facility when on:

May 12, 2017 – she (AP) received a return to duty notice dated May 10, 2017.

May 2, 2017 – she (AP) received a Termination notice dated April 28, 2017.

**Resolution Sought:**
AP wants her separation lifted and be allowed to return to duty.

**Management's Response:**
Management not contacted due to requested ADR.

**Informal Documents Requested/Received:**
• April 28, 2017, letter from Medical Center Director Ann Brown – Termination of Excepted Appointment for Failure to Maintain Current Nursing License.

• May 10, 2017, letter from Alex Love, Acting Employee and Labor Relations Supervisor – Return to Duty.

## SUMMARY OF RESOLUTION EFFORTS

July 7, 2017, AP elected ADR.
August 25, 2017, ADR Tracker recorded the mediation meeting not resolved.
August 30, 2017, conducted the formal final interview; issue NORF.

## FINAL INTERVIEW

During the final interview the results of informal counseling and resolution efforts were discussed with the aggrieved party. The aggrieved was informed that the claim(s) listed above were the only claim(s) addressed during the informal EEO counseling. If a formal Complaint of Discrimination is filed, a claim that has not been brought to the attention of an EEO counselor and is not like or related to a claim that has been brought to the attention of an EEO counselor is subject to dismissal in accordance to CFR 1614.107 a(2).

The Notice of Right to File a Discrimination Complaint and VA Form 4939 were sent by UPS on August 30, 2017.

*[signature]*

William Winter
EEO Counselor

10/06/2017
Date