# Case Summary

1/3/2018           1:20:27PM

| | |
|---|---|
| **Case ID:** 200P-0691-2017103863 | **Status:** Closed |
| **Complainant's Name:** Gladle, Marilyn | |

**Complainant Information:**

| Address: | Station: |
|---|---|
| Marilyn Gladle ▮▮▮▮▮▮ | 0691 - VAMC, WEST LOS ANGELES |

**Case Information:**

| | | | |
|---|---|---|---|
| **Date of Initial Contact:** | 06/30/2017 | | |
| **Date of Initial Interview:** | 07/07/2017 | | |
| **Date Notice of Right to File Issued:** | 08/30/2017 | **Date Notice of Right to File Recieved:** | 09/18/2017 |
| **Date Formal Case Filed:** | 10/03/2017 | | |

**RMO Information:**

| RMO Name: | RMO Title: | Senior Manager?: |
|---|---|---|
| Khaossarch, Wandee | Nurse Manager | No |

**ADR Information:**

| Informal ADR Information: | | Formal ADR Information: | |
|---|---|---|---|
| **Informal ADR Offered Date:** | 06/30/2017 | **Formal ADR Offered Date:** | |
| **If not Offered, Reason Refused:** | | **If not Offered, Reason Refused:** | |
| **Informal ADR Accepted Date:** | 07/07/2017 | **Formal ADR Accepted Date:** | |

**Claim and Basis Information:**

| Issue Description | Basis Description | Incident Date |
|---|---|---|
| Harassment/Hostile Work Environment (Non-Sexual) | Disability - Physical Reprisal | 05/12/2017 |
| Termination | Disability - Physical Reprisal | 05/11/2017 |

**Counselor Information:**

| | | | |
|---|---|---|---|
| **Counselor Name:** | Winter, William | **Date Assigned to Counselor:** | 07/03/2017 |
| **Counselor Station:** | 200P – Pacific District | **Type of Contact:** | Telephone |

**Case Manager/Investigator Information:**

| | | | |
|---|---|---|---|
| **Case Manager Name:** | Funes, Carlos | **Investigator Name:** | Not Specified |
| **Date Assigned to Case Manager:** | 11/01/2017 | **Date Assigned Investigator:** | |
| **Date of Procedural Decision:** | 12/05/2017 | **Reassigned Investigator Name:** | Not Specified |
| **Result of Review:** | Dismissed | **Date Reassigned to Investigator:** | |

**EXHIBIT 4-1**

**Case ID:** 200P-0691-2017103863  **Status:** Closed
**Complainant's Name:** Gladle, Marilyn

**Additional Information:**

**Date Advisement of Rights Sent:**
**Election Decision:**
**Date Election Made:**
**Date Closed:**            12/05/2017
**How Closed:**             Dismissal (FAD)

**EXHIBIT 4-2**