| Station | CASE ID | Complainant Name | Service | Initial Contact Date | Formal File Date | RMO Name | Claim Description | Basis Description | How Closed | Closed Date | Findings | Case Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0691 - VAMC, WEST LOS ANGELES | 200P-0691-2001122758 | Gladle, Marilyn | | 7/8/1999 | Not available | Not available | Not available | Not available | Withdrawal Written | 12/22/1999 | | |
| 0691 - VAMC, WEST LOS ANGELES | 200P-0691-2010103325 | Gladle, Marilyn | | 05/27/2010 | 07/06/2010 | Turzan, Lane | Harassment/Hostile Work Environment (Non-Sexual) | Disability - Physical<br>Reprisal<br>Disability - Physical | | | | Hearing Pending |
| 0691 - VAMC, WEST LOS ANGELES | 200P-0691-2011100334 | Gladle, Marilyn | | 10/22/2010 | 12/16/2010 | Turzan, Bette Lane | Evaluation/Performance Appraisal/Proficiency | Reprisal | Final Agency Action With an AJ Decision & Hearing | 04/09/2015 | Finding No Discrimination | Closed |
| 0691 - VAMC, WEST LOS ANGELES | 200P-0691-2011103417 | Gladle, Marilyn | Social Work | 05/24/2011 | 07/13/2011 | Turzan, Lane | Harassment/Hostile Work Environment (Non-Sexual) | Reprisal<br>Disability - Physical | | | | Hearing Pending |
| 0691 - VAMC, WEST LOS ANGELES | 200P-0691-2012100447 | Gladle, Marilyn | | 11/03/2011 | 12/14/2011 | Brosnan, Joan | Harassment/Hostile Work Environment (Non-Sexual) | Reprisal<br>Disability - Physical | Final Agency Decision Without an AJ Decision & Hearing | 04/09/2015 | Finding No Discrimination | Closed |
| 0691 - VAMC, WEST LOS ANGELES | 200P-0691-2012104695 | Gladle, Marilyn | Nursing | 09/14/2012 | 10/30/2012 | Turzan, Bette | Harassment/Hostile Work Environment (Non-Sexual) | Disability - Physical | Final Agency Decision Without an AJ Decision & Hearing | 09/30/2014 | Finding No Discrimination | Closed |
| 0691 - VAMC, WEST LOS ANGELES | 200P-0691-2013104557 | Gladle, Marilyn | Nursing | 09/13/2013 | 10/10/2013 | Khaossarch, Wandee | Harassment/Hostile Work Environment (Non-Sexual) | Disability - Physical<br>Reprisal | Final Agency Decision Without an AJ Decision & Hearing | 08/06/2015 | Finding No Discrimination | Closed |
| 0691 - VAMC, WEST LOS ANGELES | 200P-0691-2017103863 | Gladle, Marilyn | | 06/30/2017 | 10/03/2017 | Khaossarch, Wandee | Harassment/Hostile Work Environment (Non-Sexual)<br>Termination<br>Other (Specify) | Disability - Physical | Dismissal (FAD) | | | Closed |
| X002 - GENERAL COUNSEL | 200P-X002-2015101163 | Gladle, Marilyn | Nursing | 12/12/2014 | 02/06/2015 | Soloway, Maya | Harassment/Hostile Work Environment (Non-Sexual)<br>Reasonable Accommodation | Reprisal<br>Disability - Physical<br>Disability - Mental | Dismissal (FAD) | 04/30/2015 | | Closed |

EXHIBIT 5-1