UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARILYN GLADLE,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT WILKIE, Secretary of the U.S. Department of Veterans Affairs,<br><br>        Defendant. | No. CV 15-00057 CAS (FFMx)<br><br>**ORDER CONTINUING DATES AND DEADLINES IN THIS ACTION**<br><br>Honorable Christina A. Snyder<br>United States District Judge |

The parties having filed a Stipulation and Joint Request to continue dates and deadlines in this action, and good cause appearing,

IT IS HEREBY ORDERED that the dates and deadlines in this action be continued as follows:

- Pretrial Conference/Hearing on Motions in Limine: August 17, 2020 at 11:00 a.m.; and
- Jury Trial: September 8, 2020 at 9:30 a.m.

Motions in limine shall be noticed for the same date and time as the Pretrial Conference and filed 28 days prior thereto.

DATED: April 14, 2020

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF LARRY R. GLAZER

   /s/ Nicolette Glazer
NICOLETTE GLAZER

Attorneys for Plaintiff

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ Matthew J. Barragan
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant