**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILYN GLADLE<br><br>Plaintiff(s)<br>v.<br>DAVID J. SHULKIN; ET AL<br><br>Defendant(s) | CASE NUMBER<br><br>CV15-57-CAS(JCx)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

__Marilyn Gladle__                    ☒ Plaintiff  ☐ Defendant  ☐ Other
_Name of Party_

to substitute   __Marilyn Gladle__                                            who is

☐ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☒ Pro Se

__425 Canon Crest Avenue__
_Street Address_

__Los Angeles, CA  90065__                    __4wwexplorer@gmail.com__
_City, State, Zip_                              _E-Mail Address_

__(323) 301-2783__
_Telephone Number_         _Fax Number_              _State Bar Number_

as attorney of record instead of __Nicolette Glazer and Law Offices of Larry R Glazer__
_List **all** attorneys from same firm or agency who are withdrawing._

is hereby      ☒ GRANTED      ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: __August 26, 2021__               _Christine A. Snyder_
                                          U. S. District Judge