# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV15-57-CAS(JCx) | Date | October 18, 2021 |
|---|---|---|---|
| Title | *MARILYN GLADLE v. DAVID J. SHULKIN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marilyn Gladle | Mattthew Barragan, AUSA |

**Proceedings:**   ZOOM FINAL STATUS CONFERENCE

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record. The parties are unable to settle the above-referenced action. The Court will proceed to trial, as scheduled.

|  | 00 : 08 |
|---|---|
| Initials of Preparer | CMJ |