E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
MATTHEW J. BARRAGAN (Cal. Bar No. 283883)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    E-mail: Matthew.Barragan@usdoj.gov

Attorneys for Defendant
Denis McDonough, Secretary of the U.S.
Department of Veterans Affairs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN GLADLE,<br><br>    Plaintiff,<br><br>v.<br><br>DENIS MCDONOUGH,[1] Secretary of the U.S. Department of Veterans Affairs,<br><br>    Defendant. | No. 2:15-cv-00057-CAS-JCx<br><br>**JUDGMENT**<br><br><br>Honorable Christina A. Snyder<br>United States District Judge |

In accordance with the Jury Verdict dated June 13, 2024 (Dkt. 201, 202), as well as the Court's prior summary judgment order (Dkt. 137), it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant Denis

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Defendant Robert Wilkie's successor, Denis McDonough, Secretary of the U.S. Department of Veterans Affairs, is automatically substituted as the Defendant in this case.

1

McDonough, Secretary of the U.S. Department of Veterans Affairs. Plaintiff shall take nothing from her action against Defendant.

    IT IS SO ORDERED.

Dated: January 14, 2025

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
United States District Judge

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

  */s/ Matthew J. Barragan*
_____
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
Denis McDonough, Secretary of the U.S.
Department of Veterans Affairs

2